# EXHIBIT A
# ASSET PURCHASE AGREEMENT
*MOTION TO FILE SEALED COPY PENDING*